UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BRANDON KOMMER, et al., :
          Plaintiff, :
           :
v. :
           :
FORD MOTOR COMPANY, :
          Defendant. :
--------------------------------------------------------------x

**ORDER**

17 CV 1724 (VB)

    Under Rule 18 of the SDNY Rules for the Division of Business Among District Judges, a civil case <u>shall</u> be designated for assignment to White Plains if:

    i.    The claim arose <u>in whole or in major part</u> in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan, or Westchester (the "Northern Counties") and at least one of the parties resides in the Northern Counties; or

    ii.    The claim arose <u>in whole or in major part</u> in the Northern Counties and none of the parties resides in this District.

    A civil case <u>may</u> also be designated for assignment to White Plains if:

    iii.    The claim arose outside this district and at least some of the parties reside in the Northern Counties; or

    iv.    At least half of the parties reside in the Northern Counties.

    All other civil cases (other than cases assigned on a district-wide basis) shall be designated for assignment to Manhattan.

    On the Civil Cover Sheet, plaintiff's counsel certified that this case should be assigned to White Plains under Rule 18. But it is not apparent from the face of the complaint that the case meets the criteria for assignment to White Plains set forth in Rule 18. For example, plaintiff alleges he resides outside the district and he purchased his vehicle outside the district.

    Accordingly, by March 16, 2017, counsel for plaintiff is directed to submit a letter to the Court either acknowledging that this case should be transferred to Manhattan or explaining why the case is properly designated for assignment to White Plains under Rule 18.

Dated: March 9, 2016
       White Plains, NY

                                     SO ORDERED:

                                     Vincent L. Briccetti
                                     United States District Judge