Jeffrey I. Carton (JC-8296)
Robert J. Berg (RB-8542)
Myles K. Bartley (MB-8431)
DENLEA & CARTON LLP
2 Westchester Park Drive, Suite 410
White Plains, NY 10604
(914) 331-0100
jcarton@denleacarton.com
rberg@denleacarton.com
mbartley@denleacarton.com
*Attorneys for Plaintiff*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDON KOMMER on behalf of himself
and all others similarly situated,

Plaintiff,

-against-

FORD MOTOR COMPANY,

Defendant.

Civil Action No.: 7:17-cv-1724

**NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Brandon Kommer hereby gives

notice that the above-captioned action is voluntarily dismissed, without prejudice.

Dated:   White Plains, New York
         March 13, 2017

So Ordered:
VB (USDJ)
3/13/7

/s/ Jeffrey I. Carton
DENLEA & CARTON LLP
Jeffrey I. Carton, Esq. (JC-8296)
Robert J. Berg, Esq. (RB-8542)
Myles K. Bartley (MB-8431)
2 Westchester Park Drive, Suite 410
White Plains, New York 10604
Telephone: (914) 331-0100
Facsimile: (914) 331-0105
jcarton@denleacarton.com
rberg@denleacarton.com
mbartley@denleacarton.com